UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Alexander Easterling

Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

Correctional officer - Portae Shield #2633
Nassau County Sheriff - James
Dzurenda

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 25 2021 ★
LONG ISLAND OFFICE

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

CV-21 5917

JURY DEMAND
YES ✓   NO ___

BROWN, J.

LINDSAY, M.J.

I. Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Alexander Easterling

If you are incarcerated, provide the name of the facility and address:

Nassau County Correctional Center, 100 Carman Avenue,
East Meadow New York 11554

Prisoner ID Number: CC# 2021000648

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

B. **List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Portae Shield #2633
Full Name

Correctional officer
Job Title

100 Carman Avenue, East Meadow
New York 11554
Address

Defendant No. 2

James Dzurenda
Full Name

Sheriff of Nassau county
Job Title

100 Carman Avenue, East Meadow
New York 11554
Address

Defendant No. 3

_____
Full Name

_____
Job Title

_____

2

Defendant No. 4

Full Name

Job Title

Address

Defendant No. 5

Full Name

Job Title

Address

II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? This event happened in the Visiting Strip room on June 22nd, 2021 around or about 9:45 Am

When did the events happen? (include approximate time and date) June 22nd, 2021 around or about 9:45 Am

**Facts: (what happened?)** I was in the visiting changing room being stripped searched by officer Porte on June 22nd, 2021 around 9:45AM when this event took place. I just got done seeing my lawyer, while in the strip room I respectfully asked "Why am I getting strip search" Porte said "Everybody does it now proceed" so I did when I got to my boxers, I said "I never been searched on a non-contact visit after seeing my lawyer this is crazy." Porte then laughs and sucked his teeth and said "Do you want to make this hard", I said "no just confused" once I said that, Porte then demands me to "Shut the fuck up" another (unknown) officer steps in an say as he is reaching for his gloves, he states "it is mandatory that you complete the search" so I pulled my boxers and squated, I did'nt want no problems and I was'nt going to cause anything. I was getting ready to put my sock on, Porte makes an unneccasary statement saying "thats what I thought you better had listened so I said "fuck you" Porte then proceeded to use unneccasary excessive force leading to my right eye becoming fractured as he is hitting me I am begging him to stop!! as he is repeatedly hitting me for no good reason, he states "it's fuck me right, now you begging for mercy"(laughs) another officer steps in grabs me, Placed me in handcuffs, Porte hits me two more times, while in handcuffs... As a result I was sent to N.C.M.U. and made reports to internal affairs.

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Yes, medical treatment was received. The treatment I received on June 22nd, 2021 was a cat scan, a xray, multiple eyedrops from the hospital N.C.M.U. They told me my right eye had a minor fracture and major bloodclots. I also was told that my right eye will take up to a month to heal. They also placed me on a new eye glasses prescription.

4

III.   Relief: State what relief you are seeking if you prevail on your complaint.

I am seeking a 3,500,000.00 dollar settlement due to the circumstances of my injury as well as charges be placed on the officer (Porte) who assaulted me for no good reason, or allow him to lose his job until I get released. I would like this matter to be investigated... Because their acts violate the constitution and professional standards...

I declare under penalty of perjury that on **10/14/2021** (date), I delivered this complaint to prison authorities at **Nassau County Correctional Center** (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **10-14-2021**

**Alexander Edelezling**
Signature of Plaintiff

**Nassau County Correctional Center**
Name of Prison Facility or Address if not incarcerated

_____
Address

**2021000648**
Prisoner ID#

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 25 2021 ★
LONG ISLAND OFFICE

From: Alexander Easterling    Date: 10-13-2021
CC# 2021000648

Nassau County Jail

To whom this may concern:

I just wanted to make some things clear, The correctional officer who assaulted me, I don't know him so forgive me if I mis-spelled his name and as for his shield number, I received a ticket a week or so later saying his shield number I can't really read the ticket but I tried, also for the ticket I remembered the lock in sergent was reading it to me and officer Portae made it seem like I was the threat but on the ticket it says I'm not and I was'nt charged with disorderly conduct or assault on police officer from handbook. It was just a coverup... I believe.... If I don't receiver what I am asking for that is fine atleast you guys will know what goes on with the inmates. I had to rewrite the 1983 because law library officers would'nt make copies for me. I will be copping out to a 2-4 years on November 5th sounds crazy with the clean record I have but point being hopefully I receive a ~~response~~ response by then. Thank you guys for your time God bless... PS I would be able to identify the officer and I'm not doing this for money or freedom... I just want some closure under the circumstances I feel violated out of my rights. Even if I was talking "shit" officers are train to handle inmates a certain way before force. Internal affairs took pictures of me and Albany is doing an investigation alleged my mom told me back home in Georgia →backflip

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 25 2021 ★

that's all I have thank you again whole-heartly oh yea forgot to mention this took place in the main building not where I am housed at now....

Sincerely, alexander Easterling

